RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7 / 12 / 11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

RON STUART MARTIN

VS.

LA DEPT OF PUBLIC SAFETY &
CORRECTIONS, ET AL.

CIVIL ACTION NO. 2:09-cv-1248

JUDGE TRIMBLE

MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the motion to dismiss (R. #30) converted to a motion  for summary judgment is hereby **GRANTED** and the complaint in this matter is hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that petitioner's motion for jury trial (R. #33) is hereby **DENIED.**

**IT IS FURTHER ORDERED** that petitioner's motion for default judgment (R. #37) is hereby **DENIED.**

**THUS DONE AND SIGNED,** in chambers, in Lake Charles,  Louisiana, on this 12th day of _____July_____, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE